**United States District Court**
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

7                            SAN JOSE DIVISION

8    International Brotherhood of Electrical          NO. C 10-00637 JW
     Workers District 9 Pension Plan, et al.,
9                                                     **ORDER CONTINUING CASE**
                    Plaintiffs,                       **MANAGEMENT CONFERENCE**
10        v.

11   Guardian Communications & Environmental
     Systems, Inc.,
12
                    Defendant.
13   _____/

14        This case is scheduled for a Case Management Conference on June 21, 2010.  To date, the

15   parties have not filed a Joint Case Management Conference Statement, as required under the Federal

16   Rules of Civil Procedure and the Local Rules of this Court.  The Court further notes that despite the

17   parties' stipulation that Defendant would file its Answer on or before March 24, 2010,[1] no Answer

18   has yet been filed.

19        In light of the parties' failure to timely submit a Joint Statement, the Court finds good cause

20   to CONTINUE the Case Management Conference to **June 28, 2010 at 10 a.m.**  On or before **June**

21   **18, 2010**, the parties shall submit a Joint Case Management Statement.  The Statement shall include,

22   among other things, a good faith discovery plan with a proposed date for the close of all discovery.

23        Failure to comply with this Order may result in appropriate sanctions.

24

25   Dated:  June 16, 2010                        _____
                                                  JAMES WARE
26                                                United States District Judge

27   _____

28        [1]  (Stipulation to Extend Time to File Answer to Complaint, Docket Item No. 4.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brett Lawrence McKague blm@artisanlaw.com
Eileen Marie Bissen ebissen@neyhartlaw.com
Mark Hanley Lipton liptonapc@aol.com

**Dated:  June 16, 2010**                                    **Richard W. Wieking, Clerk**


**By:     /s/ JW Chambers**
          **Elizabeth Garcia**
          **Courtroom Deputy**

**United States District Court**
For the Northern District of California