United States District Court
For the Northern District of California

1
2
3
4
5
6                  IN THE UNITED STATES DISTRICT COURT
7               FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                          SAN JOSE DIVISION
9   International Brotherhood of Electrical          NO. C 10-00637 JW
    Workers District 9 Pension Plan, et al.,
10                                                   **ORDER CONTINUING CASE**
                          Plaintiffs,               **MANAGEMENT CONFERENCE;**
11       v.                                          **SETTING DEADLINE FOR FIRST**
                                                     **AMENDED COMPLAINT**
12  Guardian Communications & Environmental
    Systems, Inc.,
13
                          Defendant.
14  _____/
15          This case is scheduled for a Case Management Conference on June 28, 2010.  Pursuant to the
16  Federal Rules of Civil Procedure and Local Rules of this Court, Plaintiffs duly submitted a Joint
17  Case Management Statement and Proposed Order.  (hereafter, "Statement," Docket Item No. 9.)
18  Defendant did not file any Statement or provide any explanation for failing to do so.
19          In their Statement, Plaintiffs request a continuance of the Case Management Conference to
20  allow them time to amend their Complaint to include additional monies allegedly owed to them by
21  Defendant.  (Statement at 3.)  Finding good cause, the Court CONTINUES the Case Management
22  Conference to **September 20, 2010 at 10 a.m.**
23          On or before **July 16, 2010**, Plaintiffs shall file their First Amended Complaint.  Plaintiffs
24  shall serve their First Amended Complaint on Defendant in accordance with the Federal Rules of
25  Civil Procedure.
26
27  Dated:  June 24, 2010                    _____
                                             JAMES WARE
28                                           United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brett Lawrence McKague blm@artisanlaw.com
Eileen Marie Bissen ebissen@neyhartlaw.com
Mark Hanley Lipton liptonapc@aol.com

**Dated:  June 24, 2010**                              **Richard W. Wieking, Clerk**

                                                        **By:____/s/ JW Chambers_____**
                                                            **Elizabeth Garcia**
                                                            **Courtroom Deputy**