# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND & COMMUNICATION DISTRICT NO. 9 HEALTH & WELFARE TRUST FUND; NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND & COMMUNICATION DISTRICT NO. 9 APPRENTICESHIP & TRAINING COMMITTEE; JOHN O'ROURKE, as Trustee of the above,<br><br>            Plaintiffs,<br>  v.<br><br>GUARDIAN COMMUNICATIONS & ENVIRONMENTAL SYSTEMS, INC., a California corporation,<br><br>            Defendant. | Case No.: 10-CV-00637-LHK<br><br>ORDER STAYING CASE PENDING BANKRUPTCY PROCEEDINGS |

On December 9, 2010, Plaintiffs filed a Notice to the Court that the Defendant, Guardian Communications & Environmental Systems, Inc., had filed for Chapter 7 bankruptcy protection in case number 10-49172-D-7, in the U.S. Bankruptcy Court for the Eastern District of California. Accordingly, the case is hereby STAYED. The Clerk shall administratively close the file.

Plaintiffs shall notify the Court if and when the bankruptcy stay is lifted an may request that the case be re-opened.

1  **IT IS SO ORDERED.**

2  Dated: December 15, 2010

                                     LUCY H. KOH
3                                      United States District Judge

**United States District Court**
For the Northern District of California

2

Case No.: 10-CV-00637-LHK
ORDER STAYING CASE PENDING BANKRUPTCY PROCEEDINGS